IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 17-58-1 |
| | : | |
| IVAN NUNEZ #69720-066 | : | |

## **ORDER**

AND NOW, this 1st day of September, 2020, upon consideration of Defendant Ivan Nunez's Motion for Release from Custody and Compassionate Release, the Government's opposition, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 111) is GRANTED. Nunez's previously imposed sentence of 72 months' imprisonment is REDUCED to time served followed by three years of supervised release.

Nunez's three-year term of supervised release shall begin immediately upon his release from custody. Nunez's supervised release will be subject to all standard and special conditions listed in the June 18, 2019, Judgment (Document 103). Nunez's supervised release will also be subject to the following additional conditions:

- Nunez shall self-quarantine in his residence for 14 days and is to have no contact with anyone other than his family upon release from custody;

- Nunez must submit to home detention for a period of six months, as soon as practicable, and comply with the Location Monitoring Program requirements as directed by the U.S. Probation Office. Nunez will be restricted to his residence at all times except for employment, education, religious services, medical, substance abuse and mental health treatment, court-ordered obligations, and any other such times specifically authorized by the U.S. Probation Office. The location monitoring technology is at the discretion

of the U.S. Probation Office. Payment of the cost of the monitoring shall be paid by Nunez unless otherwise determined by the U.S. Probation Office; and

- Nunez shall permit the U.S. Probation Office access to his residence at all times and comply with any other specific conditions of home detention as his probation officer requires.

It is further ORDERED this Order is STAYED for 14 days pending the verification of Nunez's residence and/or establishment of a release plan, to make appropriate travel arrangements, and to ensure the Nunez's safe release. Nunez shall be released as soon as a residence is verified, a release plan is established, appropriate travel arrangements are made, and it is safe for him to travel. There shall be no delay in ensuring travel arrangements are made. If more than 14 days are needed to make appropriate travel arrangements and ensure Nunez's safe release, the parties shall immediately notify the Court and show cause why the stay should be extended.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.